**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00470-CV**
_____

**KRISTY LEBLANC AND W.W. GRAINGER, INC., Appellants**

**V.**

**BROWNIE VEAZIE, Appellee**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-200,170**

**MEMORANDUM OPINION**

After considering the petition for permissive appeal filed by appellants Kristy

LeBlanc and W.W. Grainger, Inc., on December 17, 2018, we deny the petition. *See*

Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2018); Tex. R. App. P.

28.3(j).

PETITION DENIED.

1

_____
HOLLIS HORTON
Justice

Submitted on January 9, 2019
Opinion Delivered January 10, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.